# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

United States District Division
Southern District Of Texas
FILED

FEB 19 2020

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Yessica Yadira LOPEZ-Juarez
213446968
YOB: 1989
COC: Mexico

## CRIMINAL COMPLAINT

Case Number: M-20-448-M

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about __February 18, 2020__ in __STARR__ County, in the __Southern__ District of __Texas__ defendant(s) did,

knowing or in reckless disregard of the fact that M.A.M.A., a citizen of Mexico, has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States from a location in the Roma, Texas Port of Entry to a location in Roma, Texas, in furtherance of such violation of law and brought the alien for the purpose of commercial advantage or private financial gain,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii) & 1324(a)(2)(B)(ii)__
I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

On February 18, 2020, Yessica Yadira LOPEZ-Juarez, a Mexican citizen with a United States Border Crossing Card, and driver of a vehicle, attempted to transport into the United States through the Roma, Texas Port of Entry an undocumented alien (male, age 28), an actual Mexican Citizen, as a United States Border Crossing card holder through means of document false statement. In order to deceive United States Customs and Border Protection officers, the defendant presented a United States Border Crossing Card bearing the name R.E.R., date of birth 05/11/1976, at vehicle primary lane. Vehicle was referred to secondary and, during secondary inspection, defendant LOPEZ-Juarez freely admitted that she attempted to smuggle passenger M.A.M.A. into the United States, from the Roma, Texas Port of Entry to Roma, Texas, by presenting the defendant's husband's Border Crossing Card and that M.A.M.A. is an undocumented alien. The defendant further stated that M.A.M.A. was not her husband and knew that M.A.M.A. did not have legal status to be in the United States, but the defendant admitted to having agreed to transport M.A.M.A. to the United States for private financial gain. The defendant intended on using the United States Border Crossing Card to further M.A.M.A.'s illegal entry into the United States.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

**Approved By AUSA:** Amy L. Greenbaum 2/19/2020

Signature of Complainant
Alejandro Peña         CBPO-Enforcement
Printed Name of Complainant

**February 19, 2020** at **McAllen, Texas**
Date                              City and State

**J. Scott Hacker**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer                   Signature of Judicial Officer